IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 5:07-cr-36/RS-GRJ

VERNON WINSTON HENRY,

    Defendant.

_____ /

**ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 269). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Motion to Vacate (Doc. 223) is **DENIED**.

3. The certificate of appealability is **DENIED** because Defendant has not made a substantial showing of a denial of a Constitutional right.

**ORDERED** on March 16, 2012.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**